IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY REED, | ) |
|       Plaintiff, | ) Civil Action No. 23-896 |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Patricia L. Dodge |
| TARGET CORPORATION, *et al.*, | ) |
|       Defendants. | ) |

### MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On December 21, 2023, the Magistrate Judge issued a Report (Doc. 38) recommending that Defendant Target's Motion to Dismiss (Doc. 14) be granted regarding Plaintiff's claim for attorney's fees, and otherwise denied; and that the City of Pittsburgh's Motion to Dismiss (Doc. 33) be denied. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Target's Motion to Dismiss (**Doc. 14**) is **GRANTED** regarding the claim for attorney's fees against it, and otherwise is **DENIED**; the City's Motion to Dismiss (**Doc. 33**) is **DENIED**; and the Magistrate Judge's R&R (Doc. 38) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

January 9, 2024                                  s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via ECF email notification):

All Counsel of Record